**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TINA KAY WASHINGTON,**

        **Plaintiff,**

**v.**                                 **Case No:  6:12-cv-552-Orl-36DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on March 14, 2013 (Doc. 18).  In the Report and Recommendation, Magistrate Judge Baker recommends that the Court affirm the decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff Tina Kay Washington's claim for benefits. *See* Doc. 18, p. 13.  Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge ("ALJ") applied the correct legal standards, and that the ALJ's findings are supported by substantial evidence.  *See id*.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is **adopted, confirmed and approved** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The clerk is directed to terminate all pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker